## CONSENT TO JOIN COLLECTIVE ACTION



Taylor M Negrin
242 TAYLOR TYREE RD
ROCKY MOUNT, VA  24151-4359-'420



6  2  9  9  8

- I, _Taylor Negrin_ (print name), consent to join the lawsuit seeking damages for unpaid wages under theFLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _16/29/22_    Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



6 4 3 2 3



Josiah Nelson
7803 TURNMILL CT
NORTH CHESTERFIELD, VA 23235-5562-'034

- I, _Josiah Nelson_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/08/22_    Signature: _Josiah Nelson_

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



ᵇᴵᴵⁿᵖᵇᴵᴵᴵⁿᴵᴵᴵⁿᴵᴵᴵᵖᴵᴵⁿᴵᴵᴵᵖᴵᴵᴵᵖᴵᴵⁿᴵᴵᴵᵖᴵᴵⁿᴵᴵⁱᵖᴵᴵᴵᵖᴵᴵᴵᵖᴵᴵᴵᵖᴵᴵᴵᵖᴵᴵⁿᴵᴵᴵᵖᴵᴵⁿᴵᴵⁿᴵ

Alexander Nikolauk
6645 NW 2ND ST
MARGATE, FL 33063-5011-'459



6  2  9  5  9

- I, _Alexander N. Kobuk_ (p rintname),consenttojointhelawsuitseekingdamagesforunpaidwagesunder the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/27/22_ Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



Jayden L Nunez
2744 HIGH RIDGE DR
LAKELAND, FL 33812-5831-'448



6  4  3  4  2

- I, ___Jayden Nuñez___ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12 - 29 - 2022__    Signature: __Jayden Nunez__

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



Gail C Nyanakpe
103 MARK AVE
PONTIAC, MI 48341-1349-'030



6 5 6 3 3

- I, **Gail Nyonankpe** (printname), consent to join the lawsuit seeking damages for unpaid wages under theFLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: **12/31/2022**   Signature: *Gail Nyonankpe*

will not be      with the      urt



## CONSENT TO JOIN COLLECTIVE ACTION



ıɯ|ʮɪɪɪɪɪɪɪ|ɪɪ|ɪ|ɪ|ɪ|ɪɪ|ɪ|ɪ|ɪɪ|ɪ|ɪ|ɪɪɪ|ɪɪɪɪɪɪɪɪɪ|ɪɪ|ɪ|ɪ|ɪ|

Amy BObrien
1409 5THAVE
TOMS RIVER, NJ 08757-2752-ʰ098



6  5  6  4  3

- I, __Amy O'Brien__ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12|28|22__    Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION

Ոլ|ւ|ւ||և�|ւ ||ո|||Սմ||մ|ı|ınlı|լ|||ı|ı||ı|ո||||ını|||



Breana M Oliphant
4652 CAMBRIA RD
FREDERICK, MD  21703-2968-'525



6  4  3  3  9

- I, Breana Oliphant (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound bes uch decisions.

Date: 12/29/22

**Information below this line will not be filed with the Court:**

# CONSENT TO JOIN COLLECTIVE ACTION



Jessica A Olsen
784 CREEKWATER TER APT 112
LAKE MARY, FL 32746-6729-'374



6  2  9  6  9

- I, _Jessica Olsen_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/27/2022_    Signature: _____

will    be filed with the Court:

## CONSENT TO JOIN COLLECTIVE ACTION

ꞁꞁꞁꞁ|ꞁꞁꞁ ꞁ·ꞁꞁꞁ|ꞁ|·ꞁ|ꞁꞁ|·ꞁꞁ|ꞁꞁꞁꞁꞁ|ꞁꞁꞁꞁꞁꞁ ꞁꞁꞁꞁ|ꞁ ꞁꞁ|ꞁꞁ



6   5   6   2   6



Astrid L Ortiz
2423 S STERLING AVE
INDEPENDENCE, MO  64052-3365-'231

- I, __Astrid   Ortiz_____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/29/22_____    Signature: _Astrid L Ortiz_____

**Information below    line will not be filed with the Court:**

AA441528BB167125CC19054541DD41004208

SIMID  16650

## CONSENT TO JOIN COLLECTIVE ACTION





Anthony D Orza
6310 BIRCHFIELD TRL
CUMMING, GA  30041-4353-'106

6  4  3  3

- I, **Anthony D Orza** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: **12-30-22**    Signature: _____

will

## CONSENT TO JOIN COLLECTIVE ACTION



Leah Osborne
9206 BINNACLE DR
PORT RICHEY, FL 34668-4725-'997

- I, **Leah Osborne** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: **12-29-22**   Signature: **Leah Osborne**

Information below this line will not be filed with the Court:

SIMID 12602

## CONSENT TO JOIN COLLECTIVE ACTION





Doris N Owah
765 GILA DR
KISSIMMEE, FL 34759-5930-'654

- I, ___DOKIS N OWah___ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12/28/22__    Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



ᛁᛁᛁᛁᛁᛁᛁᛁᛁᛁᛁᛁᛁᛁᛁᛁᛁ

Alberto L Paetau
1717 GREENTREE AVE
NORTH PORT, FL 34286-2916-'171



6 3 0 1 8

- I, _Alberto L Paetau_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12-28-22_     Signature: _____

**with**

AA44 1528BB167125CC19054662DD41015110

## CONSENT TO JOIN COLLECTIVE ACTION



Jacquelyn J Paine-Gattenby
13944 LILLARD LN
FARMERS BRANCH, TX 75234-3646-'442



6 3 0 2 2

- I, _Jacquelyn Gai ttenby_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12|28|2021    Signature: _____

**Information below this line will not be filed with the Court.**

AA441528BB167125CC19060818DD41010485

SIMID 11031

## CONSENT TO JOIN COLLECTIVE ACTION

ḷḥḷḷḷḷ·ḷḷḷ·ḷ₁ḷ₁₁ḷ₁₁ḷ₁₁₁ḷḷ₁ḷ₁ḷ₁₁ḷ₁ḷ₁ḷḷ₁ḷ₁₁ḷ₁₁ḷḷ₁₁ḷ₁₁ḷ₁₁ḷ



William R Patrone
6234 GOLF VILLAS DR
BOYNTON BEACH, FL 33437-4132-'343

- I, _____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __11/28/2022__ Signature _William Patrone_

**Information below this line will not be filed with the Court:**

# CONSENT TO JOIN COLLECTIVE ACTION





Diego Pena
96 WINTHROP RD
EDISON, NJ 08817-4088-'961

6 4 3 3 7

- I, ___Diego Pena___ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: ___12.28.2022___    Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION


Clifton Person
23765 LAWRENCE AVE TRLR 3D
WARREN, MI 48091-2050-'344



- I __Clifton Person__ Jr. (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _____ Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



ᑊ�llᵒᑊⁱᵖᵉᑊⁱⁱᏆⁱᏀᵈᑊᵢᑊᵖᵢᏀᵒᑊᑊⁱᏀᵘᑊⁱᵖᵢᵗᵘᑊⁱᵖᵉᵖᵘᏀᵗᵉᵒᑊᵢᵈᵖᑊᵈᑊᵖ



Derek Phillips
3617 IRIS ST
INDIAN TRAIL, NC 28079-6519-'175

- I, __Derek Phillips__ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound by such decisions.

Date: __12/28/2022__   Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



Courtney A Pierce
617 N HYER AVE APT 1/2
ORLANDO, FL 32803 -46 (1999



- I, Courtney A. Pierce (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/30/2022      Signature: C Pierce

**Information below this line will not be filed with the Court:**

# CONSENT TO JOIN COLLECTIVE ACTION





ldilıllıd|ııpıd ıılıllıllılldılılμ••ıpıl|ılpllllılpllıllıp

Autumn R Popp
28452 WOODWORTH WAY
LATHRUP VILLAGE, MI 48076-2520-'529

- I, _Autumn Popp_____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12|30|22_____    Signature: _Autumn Popp_____

**Information below this line will not be filed with the Court:**

AA441528BB167125CC19047709DD40997375

SIMID 14350

## CONSENT TO JOIN COLLECTIVE ACTION



6 3 0 0 5



SIMID 1894

Charles W Powell
4103 KNOLL GLEN DR
HOUSTON, TX 77082-4116-'031

- I, _Charles Powell_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/27/2022_    Signature: _CPowell_

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



ıllı|lı¹ıₗₗlıı¹ⁱllₚₗ|lₙₗlⁱₚₚ¹|lₙ|ᵀ||ₙⁱⁿₚₗ|ₙlⁱ|lⁱ ₙⁿⁱ|ₚⁿⁱ|lⁱ¹l



Zowie A Powell
17944 DORSET DR
SOUTH BEND, IN 46635-1126-'448

- I, _Zowie Powell_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/29/22_    Signature: _Zowie Powell_

will        with



## CONSENT TO JOIN COLLECTIVE ACTION



ᵗᵖᵗᵐᵢₗₗᵐᵒᵘᵤₗₗᵢₚᵢₚₗᵢₚᵗᵐᵢᵇᵤₗₗᵐᵢᵤᵤₗₗᵢₚᵢₗₚᵗᵐᵢᵗₗᵤᵣ


6 4 3 4 0

Alec S Prefontaine
101 MAIN ST
RUTLAND, MA  01543-1316-'015

- I, **Alec Prefontaine** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12/28/2022__  Signature: _Alec Prefontain_

AA441528BB167125CC19059543DD41009210

SIMID 5182

# CONSENT TO JOIN COLLECTIVE ACTION





112|111|11|11|11|11|11|11|11|11|11|11|11|11|11|11|11

Jesus Quilarque
4530 PARK AVE APT 9
WEEHAWKEN, NJ 07086-7126-'094

- I, _Jesus A. Quilarque_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I w ill be bound be such decisions.

Date: _11/29/2022_    Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



||,||·||·||||||||·||·|·|·||·|·||·|·||||||·||·||·||||·||·|·||·||·||·||·||·||||·

Ali Rahman
1007 METTLER CT
RICHMOND, TX 77469-2244-'078

- I, Ali Rahman _____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 01/02/2023    Signature: _____

Information below this line will not be filed with the Court:



## CONSENT TO JOIN COLLECTIVE ACTION





Kyle J Ramalho
144 W MARIANA AVE
NORTH FORT MYERS, FL 33903-5518-'445

- I, __Kyle    Ramalho__(print name), consent to join the lawsuit seeking damages for unpaid wages under theFLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12/28/22__    Signature: __Kyle R__

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION





ₙₗ|[ᵤₗ]ᵘₗₗ|ₙₗₗ]ₗₚ·|ₚₗₚₗ|ₚₙ₋|ᵘₗₗₚ·|ᵤₗₗₚₗₗₗₗ|ₗ]ₚₗₗₗₚₗ|ₗₚₗ|ₗ]ₗₗ|

Jordan E Reed
212 SAINT JOHN ST
CATASAUQUA, PA  18032-1134-'124

6 2 9 7 3

- I, _Jordan Reed_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date:_12/28/22_   Signature:_Jordan Reed_

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION

ǁˡˈᵧǁᵤˡˈˈˡǁᵇǁᵇˈǁǁᵢˈˢˈˡᵢǁᵢǁᵢǁˡˢˈᵧᵧǁᶦᵖǁᵤǁǁˈˈˡ



Ashley N Register
359 LOST BRANCH RD
LEXINGTON, SC 29072-9024-'591

- I, _Ashley Register_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _11/6/2023_    Signature: _Ashley Register_

**Information below this line** will not be filed with the Court.

# CONSENT TO JOIN COLLECTIVE ACTION



Ashley N Remenapp
6837 ZIEGLER ST
TAYLOR, MI  48180-1918-'370


6 3 0 6 0

- I, **Ashley Remenapp** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/29/22 _____

**Information below this line will not be filed with the Court:**

AA441588BB167125CC19061558DD41011225

SIMID 5761

## CONSENT TO JOIN COLLECTIVE ACTION



ılıılıılıılıılılılırıılılılılılılıılılılılılılılılılı

Michael C Rizk
14580 DAFFODIL DR APT 707
FORT MYERS, FL 33919-7435-'826



6  2  9  8  1

- I, __Michael  Rizk__ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12-29-22        Signature:

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION

ˡⁱₙₗₗⁱᴵᴵ⁻ₙⁱⁱₗₗᵢ·ᵈₗ·ₚ··ˡⁱˡᴵᴵⁱₗₘ·ᵈᴵᴵₙᴵⁱₙₘᴵᴵⁱᵈₐᵢₗⁱₗ



Angely M Rodriguez
7444 KALANI ST
ORLANDO, FL 32822-5657-'442



- I, Angely Rodriguez (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/28/22    Signature: Angely Rodriguez

**Information below this line    not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



Natalie F Rose
38114 1ST AVE W
BRADENTON, FL  34205-2363-'110



6  2  9  8  3

- I, _natalie Rose_ _____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12|28| 22_ Signature: _____

**Information below this line ____ not be filed with the Court:**



AA4415(28BB167125CC19056728DD41006395

Page 1 of 1
Consent to Join Collective Action-Carrabba's

SIMID 6005

## CONSENT TO JOIN COLLECTIVE ACTION




Camden L Rottmann
15 DAPHNE DR
ARDEN, NC 28704-9693-'156

- I, _Camden L Rottmann_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12 / 30 / 22_    Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



6 2 9 7 0



Micaela Russo
50 BERKELEY ST APT E177
SATELLITE BEACH, FL 32937-1904-'570

- I, Micaela Russo _____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date 2 9 10 2    Signature: Micaela Russo

this    will    d with the Court:

## CONSENT TO JOIN COLLECTIVE ACTION



Carolyn B Samples
5290 CANTRELL RD
DAWSONVILLE, GA 30534-4839-'902



6  2  9  6  3

- I, _Carolyn Samples_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: **12/28/2022** Signature: _C. Bailey Dayler_

**Information below this line will not be filed with the Court.**



## CONSENT TO JOIN COLLECTIVE ACTION



Josiah W Sarakun
17630 FAULMAN RD
CLINTON TWP, MI 48035-2354-'303



6 5 6 3 4

- I, _Josiah  Sarakun_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12/30/22__ Signature: _____



## CONSENT TO JOIN COLLECTIVE ACTION



Symone S Scales
2627 DAWSON AVE
KENNER, LA 70062-5119-'270

- I, _Symone Scales_ (printname), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/31/2022_    Signature _____

**Information below    line will not be filed    the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



Կ|կ|ⴗ||կ⸳ⵏⴗⵏⴗ|ⴗ|ⴗ|ⴗ|ⴗⵏ|ⴗ|ⵏ|ⴗⵏ|ⴗ|ⴗ||ⴗ|ⴗⵏ|ⵏⴗⵏ|կⵏⴗ

‖‖‖‖‖‖‖ ‖‖‖‖‖‖‖
6  2  9  9  5

Kirby A Schaub
520 BELLISSIMO PL
HOWEY IN THE HILLS, FL  34737-0019-'204

- I, **Kirby Schaub** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: **12-27-22**   Signature: **KSchaub**

**Information below this line will not be filed with the Court:**

AA 441S28BB167125CC19064717DD41014384

SIMID 9135

## CONSENT TO JOIN COLLECTIVE ACTION



|ᵸ|ᵸ₁ᵸᵩᵸ|ᵸ|ᵸ|ᵸ|ᵸᵩᵸᵖᵸ||ᵸ₁||ᵸ₁ᵸ||ₙₙ₁₁ᵸ|ᵸ₁ᵸᵸₗ||₁||ᵸ₁ᵸ|ᵸ|

Vincent Serna
1896 MOUNT JULIANO LN
TOMS RIVER, NJ 08753-1552-'969



6 3 0 4

- I, _Vincent Serna_ (print name), consent to join the lawsuit seeking damages for unpaid wages under theFLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound by such decisions.

Date: 12/27/22    Signature: _Vincent Serna_

**Information below this line will not be filed with the Court:**



AA441828BB167125CC19051124DD41000791

Page 1 of 1
Consent to Join Collective Action-Carrabba's

SIMID 9763

## CONSENT TO JOIN COLLECTIVE ACTION





Katana J Shaw
8216 SPRINGWOOD MEADOW LN APT 104
LORTON, VA  22079-2756-'299

- I, __Katana  Shaw__ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12.29/2022__    Signature: __Katana Shaw__

will        filed



## CONSENT TO JOIN COLLECTIVE ACTION



ılılıᵐılᵗ∙ᵗ∙ıılⁱᵇlⁱⁱılⁱᵐⁱllᵗ∙ᵗⁿllⁱⁱᵈⁱılⁱılılılılⁱⁱ

Tylor J Sherrod
7537 VINELAND AVE APT 4
SUN VALLEY, CA 91352-4871-'046



6 5 9 5 1

- I, *Tylor Sherrod* _____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/31/2022_    Signature: _____

**Information below this line will not be filed with the Court:**

AA441528BB167125CC19051749DD41017933

SIMID 10699

## CONSENT TO JOIN COLLECTIVE ACTION





ḷ·ḷḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ·ḷ

Michelle D Simmons
125 W 500 N APT 1
LOGAN, UT 84321-3956-'018

6  5  9  3  5

- I, **Michelle Simmons** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: **29 Dec 2022** Signature: **Michelle S**

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION

ǀ¡dᵤǀǀ¡ǀ¡ǀ¡qᵤₐǀǀǀ¡ǀǀ¡ǀ¡ǀ¡ǀǀǀ¡ǀₘᵤǀǀ¡qₚ¡ᵤǀǀǀ¡ǀǀǀ¡ǀ¡ǀₕ¡ǀᵢǀǀ¡

**6 2 9 7 5**



Michael B Simpson
241 DUNCAN ESTATE DR
FLETCHER, NC 28732-7604-'416

- I, _Michael Bryce Simpson_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/29/22_    Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION





Kristin L Sirp
4743 DOREEN RD
COCOA, FL 32927-3009-'438

- I, Kristin Sirp (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12·30·22 _____ Signature: _____

**Information below this line will not be filed with the Court:**

# CONSENT TO JOIN COLLECTIVE ACTION





Christopher B Skipper
961 E BILLY FARROW HWY
DARLINGTON, SC 29532-3535-'616

6  4  3  5  8

- I, *CHRISTOPHER SKIPPER* (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

12/29/22



## CONSENT TO JOIN COLLECTIVE ACTION





Ericka Smith
4850 PINEDALE DR
FOREST PARK, GA 30297-1900-'504

- I, **Ericka Smith** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/28/2022    Signature: _Ericka Smith_

**Information below this line will not be filed with the Court:**

# CONSENT TO JOIN COLLECTIVE ACTION





Heather A Smothers
9537 SE 38TH CT
BELLEVIEW, FL  34420-6206-'373

**6  3  0  5  9**

- I, **Heather A Smothers** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FL SA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: **Dec 28 2021**          Signature: **Heather Smothers**

**Information below this line will not be filed with the Court:**



## CONSENT TO JOIN COLLECTIVE ACTION



6 3 0 2 3

ᵈⁱᵖ|ᵖ|ᵖᵈᵈ¹ᵈᵈ|ᵐᵐ|ᴵᵖ|ᴵᵖ|ᵖ|ᵖ|ᵖᵖᵖᵖ|ᵏᵈ|ᵈᵈ|ᵈᵈ|ᴵᵐᵖ|ᴵᵖ|ᴵᵖ|ᵖ|ᵏᵖ|ᵗᵖᵗᵖ



Megan E Snook
6013 ROLLING VISTA LOOP
DOVER, FL  33527-4267-'137

- I, **Megan   Snook**_____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: **12-7-2022**_____   Signature: **Megan  Snook**_____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



Zach M Spencer
348 BROWNING AVE APT 3
HENDERSONVILLE, NC 28791-1565-'033

- I, _Cadeon?U & Pencef_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12:30:22,   Signature: _____

      **this**    **will**



## CONSENT TO JOIN COLLECTIVE ACTION



6 2 9 4 3

ılhhıllıllılhuqılhıllllllllılhılhıllılhıhllı



Peter J Spiropoulos
124 KNOLLWOOD RD
TARPON SPRINGS, FL 34688-7417-'246

- I *Peter Spiropoulos* (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/28/1987_   Signature: _Peter Spiropoulos_

**Information below this line will not be filed with the Court:**

AA441528BB167125CC19057687DD41017965

SIMID 9909

## CONSENT TO JOIN COLLECTIVE ACTION



*Please call me.*
*I have information*
*you might find relevent.*



Sandra L Stewart
23312 VANCE AVE
HAZEL PARK, MI 48030-1625-128

- I, Sandra Steward (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12-29-22    Signature: Sandra Stewart

line will n t be filed with th C urt:

AA441828BB167128CC19051283DD41000950

SIMID 16518

## CONSENT TO JOIN COLLECTIVE ACTION



MarcSorla
PO BOX 6647
KNGWOOD, TX 77325-6647-7472

- I, **Marc Sorla** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __1/2/23__    Signature: __Marc H. SC__

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION





Mark P Takacs
2504 MEADOW LANE DR
EASTON, PA 18040-7518-'042

6 3 0 0 6

- I, MARK TAKACS _____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/28/2022    Signature: Mark Takac

**Information below this line will not be filed with the Court:**

# CONSENT TO JOIN COLLECTIVE ACTION



ılj|ı·ı·|ı|ı|ı·|ı|ımlı·|ı|ı|ı··ı|ıl|ıll|ı|ı|lıl·|ı|l|ıp·lıı|l

Alejandro A Tejas
416 HAMPTON AVE NE
SAINT PETERSBURG, FL 33703-1526-'163



6  2  9  7  4

- I, _ALEJANDRO  TEJAS_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/28/22_     Signature: _____

**Information below this line will not be filed with the Court:**



AA44152BBB167125CC19063933DD41014862

## CONSENT TO JOIN COLLECTIVE ACTION

 Kimberly N Thicklin
2739 W THARPE ST
TALLAHASSEE, FL 32303-3277-'398


6  4  3  3  8

- I, **Kimberly Thicklin** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: **12-28-22**    Signature: _K Thica_

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



65630

Deji A Thomas
2265 VENTURE DR
MARIETTA, GA 30062-0702-'659

*A* I had a $1,000 tab
w/ 2 other servers,
Party of 50+ ppl
and never got
Compenstated. 3.5 hours
of Labor.

- I, **Deji Thomas** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/28/2022   Signature: Deji Thomas

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



6 2 9 5 5



ılıılıılıᴵᴵllılılılıᴵᴵlᴵılllıᴵıᴵlllⁱlⁱlⁱlⁱllⁱlⁱᴵlⁱᴵlⁱᴵlⁱ

Brandi Thompson
420 MIST CT SE
PALM BAY, FL 32909-8558-'209

- I, **Brandi Thompson** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/27/2022    Signature: _____

**Information below this line will not be filed with the Court:**

AA441528BB167125CC19064075DD41013742

SIMID 1480

## CONSENT TO JOIN COLLECTIVE ACTION



Bryan C Tibbetts
1107 BEAUMONT AVE
DAYTON, OH 45410-1915-'073



6 5 9 5 0

- I, __BRYAN TIBBETTS__ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12/29/22__    Signature: _____

Information below this line will not be filed with the Court:

AA441528BB167125CC19047807DD40997473

SIMD 1483

## CONSENT TO JOIN COLLECTIVE ACTION



Melissa Trautman
107 CLEARWATER CT
STAFFORD, VA 22554-4512-'073



6 4 3 6 5

- I, __Melissa Trautman__ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12-30-2022__  Signature: __Melin___

**Information below this line will not be filed with the Court:**



## CONSENT TO JOIN COLLECTIVE ACTION

o ɔ o ɔ ʲ



ˡₗₙᵢˡₙᵢˡₙˡᵢˡᵇˡᵢˡₙᵢⁱˡᵢⁱˡʰˡₗˡᵈ ˡᵈᵢˡᵢˡᵢ ˡₗˡᵢˡᵢˡₗˡₙᵢˡᵈᵢˡᵢˡₙˡᵢˡᵢˡₗˡʰᵢˡʲˡₗᵢ

Heinz P Treiber
123 W RIDGE CIR
MACON, GA 31210-5030-'230


6  5  6  4  0

- I, _Heinz  Peter  Treiber_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/28/2023_  Signature: _Heinz P _____

**Information below this line will not be filed with the Court:**

AA441528BB167125CC19048003DD40997669

SIMID 8248

# CONSENT TO JOIN COLLECTIVE ACTION



Colton B Trimble
7444 KALANI ST
ORLANDO, FL 32822-5657-'442



- I, __Colton Trimble__ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12/28/2022__    Signature: _____

**Information below this line will not be filed with the Court:**

# CONSENT TO JOIN COLLECTIVE ACTION

ⁱᵖⁱᵖⁱⁱⁱᵖᵖⁱⁱⁱⁱⁱᵖⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱ

 Jessica L Trull
121 SHORE DR
SALEM, NH 03079-1603-'218

- I, _____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12-29-22    Signature: Jessica Trull .

**Information below this line will not be filed with the Court:**

 AA441528BB 167125CC1 9048042DD40997708    SIMID 10995

## CONSENT TO JOIN COLLECTIVE ACTION

‖₁|₁⌐|‖⌐⌐‖₁|‖‖‖₁⌐‖₁|₁‖‖‖₁|₁|₁‖₁⌐|‖₁⌐‖₁⌐‖



Jessica E Vanalmen
525 N ARLINGTON ST APT D2
KALAMAZOO, MI 49006-3177-'427



6   5   9   3   4

- I, ___Jessica   VanAlmen___ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12 29 2 2__    Signature: _Jessica Len almer_

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



6 3 0 1 7

Iᵢᵢₗ·ᵢᵢₗₖᵢₗᵢₗ||ᵢₗᵢₚᵢₗ|ᵢ||ₗᵢₗ₁ₗₐᵢᵢ||₈ₗᵢₚₚᵢ||ₗₗᵢₗᵢ||ᵢₗᵢ||ₗₐᵢₗᵢ||ₚ



Karen Vardi
8302 NW 52ND PL
CORAL SPRINGS, FL  33067-2843-'022

- I, **Karen Vardi** _____ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

2/28/22

**Information below this line will not be filed with the Court:**

# CONSENT TO JOIN COLLECTIVE ACTION



Brandon K Vasquez
20 SHASTA LN
TOMS RIVER, NJ 08753-2391-'200



6  3  0  0  2

- I, ___Brandon K Vasquez___ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: ___12/18/02___    Signature: ___Brandon K Vasquez___

**Information below this line will not be filed with the Court:**

AA 4415288B167125CC1904983ODD4099949G

SIMID 10894



COLLECTIVE ACTION



6 4 3 3 1



Garrett J Verble
14750 ELLEN DR
LIVONIA, MI 48154-5195-'503

- I, Garrett J Verble (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/29/2022  Signature: _Verble_

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION





Cathleen L Viator
17826 SEVEN PINES DR
SPRING, TX 77379-4130-'261

- I, _Cathleen L. Viator_ (print name), consent to join the lawsuit seeking damages for unpaid wages under theFLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/29/22_     Signature: _Cathleen L Viator_

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION

⁕⁕|⁕|⁕|⁕|⁕|⁕⁕⁕|⁕⁕|⁕⁕|⁕⁕|⁕|⁕|⁕|⁕⁕|⁕⁕|⁕⁕⁕|⁕⁕⁕|⁕⁕⁕|⁕⁕|⁕|⁕|⁕⁕⁕

6 4 3 2 9



Geena F Villotti
12740 HAWKS BILL LN
PLAINFIELD, IL 60585-2817-'404

- I, ___Geena Villotti___ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: ___4/27/22___    Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



Erica Wade
6800 HIDDENLAKE DR
REX, GA 30273-2163-'003



6 2 9 5 6

- I, **Erica Wade** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/27/2022    Signature: _Erica Wade_

**Information below this line will not be filed with the Court:**



# CONSENT TO JOIN COLLECTIVE ACTION




Bianca Ward I
2605 NW 2ND AVE
CAPE CORAL, FL 33993-8740-'059

- I, _Bi AnCA WArD_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/27/22_    Signature: _Biancal/le w_

**Information below this line will not be filed with the Court:**



## CONSENT TO JOIN COLLECTIVE ACTION



Amy Webb
1742 MEADOWOOD ST
SARASOTA, FL 34231-3014-'423



6 3 0 2 1

- I, _Amy Webb_ (print name), consent to join the lawsuit seeking damages for unpaid wages under theFLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/29/2022    Signature: _____

**Information below this line will not be filed with the Court:**

AA441528BB167125CC19047283DD40996949

SIMID 13372

## CONSENT TO JOIN COLLECTIVE ACTION

|�empᵗ|ₙₗ‖|₁ₗₙₗₗ|ₐₗₗ|ₗ|₁‖₁|ₗₚₗₗₗₙₙₗ|ₚₗₗₚₗₗₗₗₚₗ



Alexa J Weber
1299 W COUNTY LINE RD
HATBORO, PA 19040-1004-'993



6  5  6  2  7

- I, __Alexa Weber__ (print name), consent to join the lawsuit seeking damages for unpaid wages under theFLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __2, 19, 22__    Signature: __Alexa Weber__

**Information below this line will not be filed with the Court:**

AA441528BB167125CC19064952DD41014619    SJMID 15962

# CONSENT TO JOIN COLLECTIVE ACTION



‖|⊦⁣μ·ᵈ¦ᵢ|ᴵᴵᴵᵢ||⊦⁣ᵢᵢᵢᵢ·ᵈᵢ|ᵢ|⊦·ᵘᵇᵈᴵᴵ|ᵈᶠ|ᵢ⊦ᴵᴵᵢₗ||ᶠᵢₗᴵ

Shawn Webster
11 HARPERS FARM DR
NEWNAN, GA 30263-6753-113



6 3 0 1 4

- I, **Shawn Webster** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/27/2022  Signature: _Shawn Webster_

**Information below this line will not be filed with the Court:**

AA 441528 BB 167125CC19052920DD41002587

SIMID 7583

## CONSENT TO JOIN COLLECTIVE ACTION



‖·‖‖ʰ·‖·ᵈ·ʰ·‖·ᵤᵖ‖‖‖·ᵗₐ‖‖·ʳ·‖‖·ₐ‖ₕ·ᵗ·ᵖ‖ₜₜₗ·‖‖‖·ᵗ‖·ᵗₕ‖

Don E Whelan
401 N JEFFERSON AVE
SARASOTA, FL 34237-5120-'012



6   2   3   8   7

- I, _DON E. Whelan_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly ⌐ ⌐ o the named P⌐⌐⌐tiffs in this m⌐ ⌐ ⌐cause I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12 - 29 - 2022_    Signature: _____

**Information below this line will not be filed with the Court:**

AA441528BB167125CC19053048DD41015854

SIMID 11170

## CONSENT TO JOIN COLLECTIVE ACTION

‖‖⸗‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  


Benjamin R White
47200 PINECREST DR
SHELBY TOWNSHIP, MI 48317-2846-'007

- I, _Benjamin White_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12 10 12 2_    Signature _Ben White_

**Information below this line will not be filed with the Court:**

AA441528BB167125CC19053062DD41002729                                          SIMID 5889

## CONSENT TO JOIN COLLECTIVE ACTION

‖Ⅲ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

6 2 9 6 1



Ricky Williams
51 CLIFTON AVE APT 1506
NEWARK, NJ  07104-4521-'817

- I, _Ricky Williams_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12-28-22_     Signature: _Ricky W_

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION

ηηⱼ|ʰⱼηʰⱼ|ᵢₗ|ᵗⁱₗ|ₗᵢ|ₗᵢ|ʰⱼⱼₘₛₚⁱⁿⱼₗₗ]]|ₗ,ₗₗⱼ|ₗₗₗ|ᵗₗⱼ|ₗₗₚₗₗⱼᵢⱼ|



Stacy L Williams
4537 PLUMSTEAD DR
VIRGINIA BEACH, VA 23462-4647-'372

- I, $\underline{Stacy\ Williams}$ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12\3b\22__ Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION





Amanda A Wise
2760 TRAVERSE AVE
NORTH PORT, FL 34286-6956-'605

6  2  9  8  4

- I, **Amanda Wise** (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: 12/28/2022  Signature: _____

**Information below this line will not be filed with the Court:**



## CONSENT TO JOIN COLLECTIVE ACTION

|ılılı|ılıllıllıılıllıllıllıllılllllllılllılıllıllılıllılıll



Jessica G Wood
415 LUCILLE LN
LONGS, SC 29568-8383-'152

- I, $\underline{Jessica\ G\ Wood}$ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __Jan 9, 2023__  Signature: _____

**Information below this line will not be filed with the Court:**

AA 441528BB 167125CC 190617 03 DD 41 01 137 0
SIMID 6002

Jan 10 23. 04:14p
North Strand nissan
8433907833
p.2

## CONSENT TO JOIN COLLECTIVE ACTION



ᴵ|ₗₗ|ₗ|ₗₗ|ₗₗ|ₗₗ|ᴵₗ|ᴵₗₗ.ₗₗ|ᴵₗ|ᴵₗₚ«|ₚₗ|ₗ|ₚ»«ₗₗₗₗ|ₗₗ|ₗ|ᴵₗ|ᴵₗ|ᴵ|ₗ

Shannon E Yeager
724 MONTANA AVE
SAINT CLOUD, FL  34769-3179-'245



- I, _Shannon Yeager_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _12/28/2022_ Signature: _____

**Information below this line will not be filed with the Court:**

AA441529BB167125CC19060652DD41010219     SIMID 3046

### CONSENT TO JOIN COLLECTIVE ACTION



ıllılılıllıılıılılllılılıılıılllılıılııllıılıılııllılılı

Brianna C Young
711 LOMBARDY WAY
STOCKBRIDGE, GA  30281-4380-'119

- I, _Brianna Young_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: _01/10/2023_    Signature: _Brianna Clf_

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION



ꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁ

Michael G Zuke
21711 SHADYBROOK DR
NOVI, MI 48375-5150-'110



6 3 0 0 0

- I, _Michael Zuke_ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound by such decisions.

Date: _12/28/22_      Signature: _____

**Information below this line will not be filed with the Court:**

## CONSENT TO JOIN COLLECTIVE ACTION

ⅠⅡⅠⅡⅡ|ⅠⅠⅠ|ⅠⅠⅠⅡ|ⅠⅡ·ⅢⅠⅠ|ⅠⅠ··Ⅰ|Ⅰ|ⅠⅡ|Ⅰ·ⅠⅢ|Ⅰ|Ⅰ|ⅠⅠⅠ·ⅠⅠⅢ|Ⅰ|ⅠⅠ|Ⅰ·Ⅰ



Joann Zuna
19 PO PLAR ST
WORMLEYSBURG, PA  17043-1356-'190



6  5  6  3  5

- I, __Joann E. Zuna__ (print name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA.

- I believe I am similarly situated to the named Plaintiffs in this matter because I performed similar duties and did not receive pay at the minimum wage rate for all hours worked.

- I agree to be represented by Counsel for the named Plaintiffs.

- I authorize the named Plaintiffs and Plaintiffs' Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiffs' Counsel, and I understand I will be bound be such decisions.

Date: __12/26/2022__ Signature: _____

**Information below this line will not be filed with the Court:**